UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VINCENT LEE EDWARDS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOM LAWSON, N. JAYME, A. GREENLAND,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00322-GMN-EJY<br><br>**ORDER** |

Plaintiff, a former inmate, filed a second incomplete application to proceed *in forma pauperis* ("IFP") for inmate and a Notice of Change of Address on April 8, 2024. ECF Nos. 7, 8. Plaintiff's change of address indicates he is no longer incarcerated. ECF No. 8. In light of the foregoing, the Court denies Plaintiff's second IFP application for inmates as moot and directs Plaintiff to file an IFP application by a non-prisoner or pay the filing fee of $405.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* for inmate (ECF No. 7) is DENIED as moot.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff a copy of this Order and the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing the same.

IT IS FURTHER ORDERED that on or before **May 10, 2024**, Plaintiff will either: file a complete application to proceed *in forma pauperis* for non-prisoners; or pay the filing fee of $405.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* by a non-prisoner on or before **May 10, 2024**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number when he is able to file an application to proceed *in forma pauperis* for non-prisoners.

DATED this 10th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE