UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| VINCENT LEE EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>TOM LAWSON, N. JAYME, A. GREENLAND,<br><br>Defendants. | Case No. 2:24-cv-0322-GMN-EJY<br><br>**ORDER** |

In response to the Court's Screening Order, the Nevada Attorney General's Office filed the last known address for Defendant Tom Lawson (ECF No. 17). In order to attempt service of process on Defendant Lawson,

IT IS HEREBY ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form together with a copy of this Order.

IT IS FURTHER ORDERED that Plaintiff **must** complete the USM-285 form for Defendant Tom Lawson to the best of his ability to do so and return the same to the U.S. Marshal no later than **October 14, 2024**. The completed USM-285 forms should be mailed to:

> Gary G. Schofield
> U.S. Marshal, District of Nevada
> Lloyd D. George Federal Courthouse
> 333 Las Vegas Blvd. S., Suite 2058
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a Summons for Tom Lawson and send the same, together with one copy of this Order, the Court's Screening Order (ECF No. 15), Plaintiff's Complaint (ECF No. 1-1), and the Submission of Last Known Address of Defendant (ECF No. 17) to the U.S. Marshal for service on Defendant Tom Lawson.

IT IS FURTHER ORDERED that the U.S. Marshal **must** attempt to effect service of this Order, Summons, Plaintiff's Complaint, and the Court's Screening Order on Defendant Tom Lawson no later than **twenty-one (21)** days after receipt of the completed USM-285 form.

1       IT IS FURTHER ORDERED that no later than **fourteen (14)** days after Plaintiff receives a copy of the USM-285 form from the U.S. Marshal showing whether service was accomplished, Plaintiff must file a notice with the Court identifying whether Defendant Tom Lawson was served. If Plaintiff wishes to have service attempted again on an unserved defendant, Plaintiff must file a motion with the Court identifying the unserved defendant and providing more detailed information regarding the unserved defendant's name and/or address, or whether service should be attempted in some other manner. Under Federal Rule of Civil Procedure 4(m), service must be accomplished within **ninety (90) court days** from the date this Order is entered.

      IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Tom Lawson may be subject to dismissal for failure to complete service of process under Fed. R. Civ. P. 4(m).

      Dated this 13th day of September, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE